# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ILLINOIS NETWORK OF CHARTER SCHOOLS, INTRINSIC SCHOOLS, and THE MONTESSORI NETWORK D/B/A THE MONTESSORI SCHOOL OF ENGLEWOOD, | )<br>)<br>)<br>)<br>) Case No. 1:24-cv-5057 |
| Plaintiffs, | ) Hon. John Robert Blakey |
| v. | ) Hon. Magistrate Heather K. McShain |
| KWAME RAOUL in his official capacity as the Attorney General for the State of Illinois, The BOARD OF EDUCATION OF THE CITY OF CHICAGO, the ILLINOIS STATE BOARD OF EDUCATION | )<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

## NOTICE OF MOTION

TO: All Plaintiffs/Counsel of Record

    PLEASE TAKE NOTICE that on Wednesday, June 26, 2024 at 11:00 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable John Robert Blakey in Courtroom 1203 of the United States District Court, Northern District of Illinois, Eastern Division, and then and there present **PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** and **PLAINTIFFS' MOTION FOR LEAVE TO EXCEED PAGE LIMITATION WITH RESPECT TO MEMORANDUM IN SUPPORT OF THEIR MOTION FOR PRELIMINARY INJUNCTION**, copies which are attached hereto.

Dated: June 20, 2024

                                          PLAINTIFFS ILLINOIS NETWORK OF CHARTER SCHOOLS, INTRINSIC SCHOOLS, and THE MONTESSORI NETWORK D/B/A THE MONTESSORI SCHOOL OF ENGLEWOOD

                                          By: /s/ Michael L. Sullivan    .
                                                One of Their Attorneys

-2-

        Michael L. Sullivan
        Jon E. Klinghoffer
        Meredith S. Kirshenbaum
        Peter D. Kauffman (application pending)
        GOLDBERG KOHN LTD.
        55 East Monroe Street, Suite 3300
        Chicago, Illinois  60603
        (312) 201-4000
        michael.sullivan@goldbergkohn.com
        jon.klinghoffer@goldbergkohn.com
        meredith.kirshenbaum@goldbergkohn.com
        peter.kauffman@goldbergkohn.com