## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| ILLINOIS NETWORK OF CHARTER SCHOOLS, INTRINSIC SCHOOLS, and THE MONTESSORI NETWORK D/B/A THE MONTESSORI SCHOOL OF ENGLEWOOD, <br><br> Plaintiffs, <br><br> vs. <br><br> KWAME RAOUL in his official capacity as the Attorney General for the State of Illinois, The BOARD OF EDUCATION OF THE CITY OF CHICAGO, the ILLINOIS STATE BOARD OF EDUCATION, <br><br> Defendants. | ) ) ) ) ) ) ) Case No. 1:24-cv-5057 ) ) Hon. John Robert Blakey ) ) ) Hon. Magistrate Heather K. McShain ) ) ) ) ) ) ) |

## JOINT STATUS REPORT

NOW COMES the Plaintiffs Illinois Network Of Charter Schools, Intrinsic Schools, and The Montessori Network D/B/A The Montessori School Of Englewood, by and through their attorneys, and the Defendants Kwame Raoul in his official capacity as the Attorney General for the State of Illinois, The Board of Education of the City of Chicago, the Illinois State Board of Education, by and through their attorneys, who, in accordance with this Court's Order on June 25, 2024 (*see* ECF No. 14), state as follows:

1. The Parties' met and conferred on a reasonable briefing schedule for Plaintiffs' Motion for Preliminary Injunction and have agreed to the following schedule:

   (a) Defendants shall file a response to Plaintiffs' Motion for Preliminary Injunction on or before July 24, 2024;

   (b) Plaintiffs shall file a reply in support of their Motion for Preliminary Injunction on or before August 7, 2024.

DATED: July 8, 2024

Respectfully Submitted,

| By: /s/ Meredith S. Kirshenbaum | By: /s/ Mary Johnston | By: /s/ Thomas Doyle |
|---|---|---|
| Counsel for Plaintiffs<br>Michael L. Sullivan<br>Jon E. Klinghoffer<br>Meredith S. Kirshenbaum<br>Peter D. Kauffman<br>Goldberg Kohn Ltd.<br>55 East Monroe Street, Suite 3300<br>Chicago, Illinois 60603<br>(312) 201-4000 | Counsel for Defendants Kwame Raoul, in his official capacity as the Attorney General for the State of Illinois and the Illinois State Board of Education<br>Mary A. Johnston<br>Office of the Illinois Attorney General<br>115 S. LaSalle Street<br>Chicago, IL 60603<br>(312) 814-4417 | Counsel for the Board of Education of the City of Chicago<br>Thomas Doyle<br>1 N. Dearborn Street, Suite 900<br>Chicago, Illinois 60602<br>(773) 553-1720 |