UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ILLINOIS NETWORK OF CHARTER SCHOOLS, INTRINSIC SCHOOLS, and THE MONTESSORI NETWORK D/B/A THE MONTESSORI SCHOOL OF ENGLEWOOD, <br><br> Plaintiffs, <br><br> v. <br><br> KWAME RAOUL, in his official capacity as the Attorney General for the State of Illinois, The BOARD OF EDUCATION OF THE CITY OF CHICAGO, and the ILLINOIS STATE BOARD OF EDUCATION, <br><br> Defendants. | Case No. 24-cv-5057 <br><br> Honorable John Robert Blakey |

**DEFENDANTS' JOINT MOTION TO STAY DEADLINE TO
RESPOND TO PLAINTIFFS' COMPLAINT**

Defendants, Kwame Raoul, in his official capacity as the Attorney General of Illinois, the Illinois State Board of Education, and the Board of Education of the City of Chicago, through their respective attorneys, respectfully request that this Court grant their motion to stay their deadlines to respond to Plaintiffs' complaint or, alternatively, extend that deadline to August 20, 2024. In support of this motion, Defendants state as follows:

1. Plaintiffs filed their complaint on June 18, 2024. ECF No. 1. Defendants were served on June 21, 2024, and their responsive pleadings are due on July 12, 2024. ECF Nos. 15-17.

2. Plaintiffs have also filed a motion for preliminary injunction and supporting memorandum of law in support of that motion. ECF Nos. 6 & 19.

1

3. Per this Court's order (ECF No. 14), the parties have proposed a briefing schedule on Plaintiffs' motion for preliminary injunction. ECF No. 24. The parties proposed that Defendants' responses be due on July 24, 2024, and Plaintiffs' replies be due on August 7, 2024. *Id*.

4. The Court's ruling on the preliminary injunction may have a significant impact in how this case moves forward. For instance, Plaintiffs might choose to amend their complaint or Defendants might alter their response to the complaint based on the Court's ruling. As such, Defendants believe it is appropriate to stay their responsive pleading deadlines pending a ruling on Plaintiffs' motion for preliminary injunction.

5. However, should this Court decline to stay the responsive pleading deadline, counsel for Defendants require additional time to prepare their responsive pleadings, particularly as they must prepare their responses to the preliminary injunction by July 24, 2024.

6. If Plaintiffs had issued Defendants waivers of service pursuant to Federal Rule of Civil Procedure 4(d) their responsive pleadings would be due on August 20, 2024. As such, if this Court does not stay the responsive pleading deadline in its entirety, Defendants respectfully request that this Court extend their deadlines to respond to the complaint until August 20, 2024.

7. Plaintiffs oppose the Defendants' motion to stay their responsive pleading deadlines but do not oppose an extension until August 20, 2024, for Defendants to file their responsive pleadings.

WHEREFORE, Defendants request that this Court grant their motion and stay the responsive pleading deadlines until after it rules on Plaintiff's motion for preliminary injunction or, alternatively, that it extend the responsive pleading deadline to August 20, 2024.

Respectfully submitted,

| | |
|---|---|
| /s/ Mary A. Johnston | /s/ Thomas A. Doyle |
| Mary A. Johnston | Thomas A. Doyle |
| Office of the Illinois Attorney General | Assistant Deputy General Counsel |
| Government Representation Division | Board of Education of the City of Chicago |
| General Law Bureau | 1 North Dearborn Street, Suite 900 |
| 115 South LaSalle | Chicago, IL 60602 |
| Chicago, Illinois 60603 | (773) 553-1720 |
| (312) 814-4417 | tadoyle2@cps.edu |
| Mary.johnston@ilag.gov | |
| | *Counsel for the Board of Education* |
| *Counsel for Defendants Raoul and ISBE* | *of the City of Chicago* |