**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

ILLINOIS NETWORK OF CHARTER )
SCHOOLS, INTRINSIC SCHOOLS, and )
THE MONTESSORI NETWORK D/B/A )
THE MONTESSORI SCHOOL OF )
ENGLEWOOD, NAMASTE CHARTER )
SCHOOL, INC., CHICAGO CHARTER ) Case No. 1:24-cv-05057
SCHOOL FOUNDATION D/B/A )
CHICAGO INTERNATIONAL CHARTER ) Hon. John Robert Blakey
SCHOOL, NOBLE NETWORK OF )
CHARTER SCHOOLS, GREAT LAKES )
ACADEMY CHARTER SCHOOL, )
PERSPECTIVES CHARTER SCHOOL, )
CATALYST SCHOOLS, ERIE )
ELEMENTARY CHARTER SCHOOL )
)
Plaintiffs, )
v. )
)
KWAME RAOUL in his official capacity as )
the Attorney General for the State of )
Illinois, The BOARD OF EDUCATION OF )
THE CITY OF CHICAGO, the ILLINOIS )
STATE BOARD OF EDUCATION )
)
Defendants. )

**INITIAL JOINT STATUS REPORT**

Plaintiffs, Illinois Network of Charter Schools ("INCS"), Intrinsic Schools ("Intrinsic"), the Montessori Network d/b/a the Montessori School of Englewood ("TMSOE"), Namaste Charter School, Inc. ("Namaste"), Chicago Charter School Foundation d/b/a Chicago International Charter School ("CICS"), Noble Network of Charter Schools ("Noble"), Great Lakes Academy Charter School ("GLA"), Perspectives Charter School ("Perspectives"), Catalyst Schools ("Catalyst") and Erie Elementary Charter School ("Erie" and together with INCS, Intrinsic, TMSOE, Namaste, CICS, Noble,

GLA, Perspectives and Catalyst, the "Plaintiffs"), and Defendants, Kwame Raoul, in his official capacity as the Attorney General for the State of Illinois, the Illinois State Board of Education (the "State Defendants"), and the Board of Education of the City of Chicago ("the Board" and together with the State Defendants, "Defendants"), by and through their respective counsel, hereby state as follows for their Joint Initial Status Report in this matter.

**Service of Process**

All Defendants have been served.

**The Nature of the Case**

This lawsuit seeks a declaration that Illinois Public Act 103-0416, which amended Sections 105 ILCS 5/27A-3, 105 ILCS 5/27A-6, and 105 ILCS 5/27A-7 of Article 27A of the Illinois School Code, and the Board's May 29, 2025 "Resolution Addressing Various Improvements Needed to the Board's Authorization and Renewal of Charter Schools" are invalid.

**Pending Motions and Case Plan**

The Defendants have filed respective Motions to Dismiss, which are currently pending. In response to the Motions to Dismiss, the Plaintiffs intend to move to amend the First Amended Complaint for Declaratory and Injunctive Relief. Given that Plaintiffs intend to move to amend the operative complaint, the Parties believe that no briefing schedule on the Motions to Dismiss or discovery schedule need currently be set.

**Consent to Proceed Before a Magistrate Judge**

The Parties do not consent to proceed before a magistrate judge.

**Status of Settlement Discussions**

Given that the lawsuit relates to the legality of state law, the Parties are not positioned to engage in settlement discussions.

Dated: March 25, 2026

PLAINTIFFS ILLINOIS NETWORK OF CHARTER SCHOOLS, INTRINSIC SCHOOLS, THE MONTESSORI NETWORK D/B/A THE MONTESSORI SCHOOL OF ENGLEWOOD, NAMASTE CHARTER SCHOOL, INC., CHICAGO CHARTER SCHOOL FOUNDATION D/B/A CHICAGO INTERNATIONAL CHARTER SCHOOL, NOBLE NETWORK OF CHARTER SCHOOLS, GREAT LAKES ACADEMY CHARTER SCHOOL, PERSPECTIVES CHARTER SCHOOL, CATALYST SCHOOLS, and ERIE ELEMENTARY CHARTER SCHOOL

By: */s/ Meredith S. Kirshenbaum*
　　One of Their Attorneys

Michael L. Sullivan
Jon E. Klinghoffer
Meredith S. Kirshenbaum
GOLDBERG KOHN LTD.
55 East Monroe Street, Suite 3300
Chicago, Illinois 60603
(312) 201-4000
michael.sullivan@goldbergkohn.com
jon.klinghoffer@goldbergkohn.com
meredith.kirshenbaum@goldbergkohn.com

DEFENDANT KWAME RAOUL in his official capacity as the Attorney General for the State of Illinois, and the ILLINOIS STATE BOARD OF EDUCATION

By: */s/ Sarah H. Newman*
      One of Their Attorneys

Sarah H. Newman
Assistant Attorney General
Office of the Illinois Attorney General
Government Representation Division
General Law Bureau
115 South LaSalle Street
Chicago, IL 60603
(312) 814-6131
sarah.newman@ilag.gov

DEFENDANT BOARD OF EDUCATION OF THE CITY OF CHICAGO

By: */s/ Clara R. Kent*
      One of Its Attorneys

Clara R. Kent, Assistant General Counsel
Board of Education of the City of Chicago
One North Dearborn Street
Law Department, Suite 900
Chicago, IL 60602
(773) 553-1700
crkent@cps.edu

-4-