**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| ILLINOIS NETWORK OF CHARTER, | ) | |
| SCHOOLS, *et al.*, | ) | |
| Plaintiffs, | ) | Case No. 24-cv-05057 |
| | ) | |
| v. | ) | Honorable Robert Blakey |
| | ) | |
| KWAME RAOUL, *et al.*, | ) | |
| Defendants. | ) | |

**DEFENDANT THE BOARD'S UNOPPOSED MOTION FOR AN
EXTENSION OF TIME TO RESPOND**

Defendant, the Board of Education of the City of Chicago ("the Board"), by and through their undersigned counsel, pursuant to Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure, respectfully request an extension of time up to and including June 2, 2026 to respond to Plaintiffs' Second Amended Complaint (Dkt No. 95). In support of this request, Defendant states as follows:

1. Plaintiffs filed their Second Amended Complaint (Dkt. No. 95) on May 5, 2026.

2. Defendant the Board respectfully requests the Court grant it an extension of time of seven (7) days to respond to Plaintiffs' Second Amended Complaint, up to and including June 2, 2026.

3. The Board does not bring this motion to delay these proceedings and this request will not prejudice any other parties. Rather, this extension would allow the parties to synchronize filing deadlines.

4. The undersigned communicated with all parties via e-mail on May 14, 2026. All parties do not oppose this motion.

5. Therefore, Defendant respectfully requests an extension of time up to and including June 2, 2026 to respond to Plaintiffs' Second Amended Complaint.

WHEREFORE, Defendant the Board respectfully requests an extension of time up to and including June 2, 2026 to respond to Plaintiffs' Second Amended Complaint, and any other relief to which it may be entitled.

Dated: May 18, 2026

Respectfully submitted,

**DEFENDANT THE BOARD OF EDUCATION OF THE CITY OF CHICAGO**

ELIZABETH K. BARTON, General Counsel

By:     */s/ Clara R. Kent*
Clara R. Kent

Clara R. Kent / crkent@cps.edu
Assistant General Counsel
Board of Education of the City of Chicago
One North Dearborn Street
Law Department, Suite 900
Chicago, Illinois 60602
Tel: (773) 553-1700
Fax: (773) 553-1701

2

3

## CERTIFICATE OF SERVICE

I, Clara R. Kent, an attorney of record, hereby state that on May 18, 2026, I electronically filed the above **Defendant Board's Unoppposed Motion for Extension of Time to Respond** using the Court's CM/ECF Filing System, which will send electronic notice to all counsel of record.

By: /s/ *Clara R. Kent*

Clara R. Kent, Atty No. 6338024

3